**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal Case No. 3:07cr00031-5 |
| | ) | |
| **v.** | ) | **2255 FINAL ORDER** |
| | ) | |
| **LLOYD PRESTON KNIGHT.** | ) | **By: Norman K. Moon** |
| | ) | **United States District Judge** |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that the government's motion to dismiss (Docket No. 333) is **GRANTED**; Knight's motion pursuant to 28 U.S.C. § 2255 (Docket No. 326) is hereby **DISMISSED**; and this action shall be **STRICKEN** from the active docket of this court.

Further, finding that Knight has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER:** This 30th day of November, 2012.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE